JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> BACKSTAGE BAR AND GRILL, et al., <br><br> Defendants. | Case No. 2:11-cv-8305-ODW(PLAx) <br><br> **ORDER DISMISSING CASE** |

On January 26, 2012, the Court ordered the parties to file their pretrial papers by November 5, 2012 in preparation for the pretrial conference set for November 13, 2012. (ECF No. 65.) As of this order, no pretrial papers have been filed by any party. No motions to continue the pretrial and trial dates have been filed, and the Court is unaware of any reason why the parties are comatose.

Thus, the Court hereby **DISMISSES** this case **WITH PREJUDICE** for Plaintiff's failure to timely file pretrial papers, evidencing its failure to prosecute this case. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

November 8, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**